**UNITES STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X      **CASE MANAGEMENT PLAN**

**Docket Number:**

Plaintiff,

-against-

Defendant,
---------------------------------------------------------X

Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move with respect to the complaint by _____.

2. No additional parties may be joined after _____.

3. No amendment of the pleadings will be permitted after _____.

4. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: _____.

5. The parties shall make required Rule 26(a)(2) disclosures with respect to:
   (a) expert witnesses on or before _____.
   (b) rebuttal expert witnesses on or before _____.

6. All discovery, including depositions of experts, shall be completed on or before _____ (Generally, this date must be no later than 6 months after the initial conference).

7. Pre-motion letters regarding proposed dispositive motions must be submitted within one (1) weeks following the close of all discovery and responses are due one week later.

8. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C.§636(c)? (**Answer no if any party declines to consent without indicating which party has declined**.)

Yes          No

If parties answer yes, then fill out the AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form. The form can be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf.

This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

Dated: Brooklyn, New York

                                                _____
RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE

CONSENTED TO:

| | |
|---|---|
| NAME | Remy Green |
| Attorney for Plaintiff | Cohen&Green PLLC |
| ADDRESS | 1639 Centre St., Suite 216 |
| E-mail: | Ridgewood, NY 11385 |
| Tel.: | (929) 888-9480 |
| Fax: | (929) 888-9457 |
| | |
| NAME | Michael Pesin-Virovets |
| Attorney for Defendant | New York City Law Department |
| ADDRESS | 100 Church St. |
| E-mail: | New York, NY 10007 |
| Tel.: | 212-356-2617 |
| Fax: | 212-356-3509 |