UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

-------------------------------------------------------------------- x
:
In Re: New York City Policing During Summer : 20 Civ. 8924 (CM)(GWG)
2020 Demonstrations :
------------------------------------- :
:
This filing is related to: :
:
:
KRYSTIN HERNANDEZ, NATALIE :
BAKER, ETHAN CHIEL, KYLA RASKIN, : 21 Civ. 7406 (CM)(GWG)
REX SANTUS, ROXANNE ZECH, :
RAFAEL-LEV GILBERT, SARAH MILLS- :
DIRLAM, AUGUST LEINBACH, JALEN :
MATNEY, JONATHAN DAVIS, and DAVID :
HOLTON, :
:
          Plaintiffs, :
:
      - against - :
:
THE CITY OF NEW YORK; NEW YORK :
CITY MAYOR BILL DE BLASIO; NEW :
YORK POLICE DEPARTMENT ("NYPD") :
COMMISSIONER DERMOT SHEA; NYPD :
CHIEF OF DEPARTMENT TERENCE :
MONAHAN; NYPD DEPUTY :
COMMISSIONER FOR LEGAL MATTERS :
ERNEST F. HART; NYPD ASSISTANT :
CHIEF KENNETH LEHR; NYPD LEGAL :
BUREAU SERGEANT KENNETH RICE; :
NYPD STRATEGIC RESPONSE GROUP :
("SRG") MEMBER FIRST NAME :
UNKNOWN ("FNU") RABEL; NYPD :
SUPERVISOR FNU HYLAND; and NYPD :
MEMBERS JOHN AND JANE DOES 1-157, :
:
          Defendants. :
-------------------------------------------------------------------- x

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 26(d)(1), Plaintiffs Krystin Hernandez, Natalie Baker, Ethan Chiel, Kyla Raskin, Rex Santus, Roxanne Zech, Rafael-Lev Gilbert, Sarah Mills-Dirlam, August Leinbach, Jalen Matney, Jonathan Davis, and David Holton (the *Hernandez* Plaintiffs) and Defendants agree that the *Hernandez* Plaintiffs and Defendants may

1

immediately seek and serve discovery, including third-party discovery, relating to the claims, defenses, and issues in *Hernandez,* civil action 21 Civ. 7406 (CM)(GWG). The parties further agree that:

1. All parties will abide by the protective order entered as Docket 115 in civil action 20 Civ. 8924 (CM)(GWG) in this matter; and

2. All discovery that has been and will be conducted in the consolidated cases will be deemed part of *Hernandez*, without the need for either party to re-disclose it, respecting any confidentiality designations that are in place.

Dated: ___December 15___, 2021
       New York, New York

[SIGNATURES ON FOLLOWING PAGE]

2

| | |
|---|---|
| **COHEN&GREEN P.L.L.C.** | **NYC CITY LAW DEPARTMENT** |

By: /s/ Remy Green
Elena L. Cohen
J. Remy Green
Jessica Massimi

1639 Centre Street, Suite 216
Ridgewood (Queens), NY 11385
   t: (929) 888-9480
   f: (929) 888-9457
   e: elena@femmelaw.com
     remy@femmelaw.com
     jessica@femmelaw.com

-and-

Gideon Orion Oliver
277 Broadway, Suite 1501
New York, NY 10007
t: 718-783-3682
f: 646-349-2914
Gideon@GideonLaw.com

*Attorneys for Hernandez Plaintiffs*

By: *Dara L. Weiss* /s/
Dara L. Weiss
100 Church Street
New York, New York, 10007
(212) 356-3517
Phone: (212) 356-3517
Fax: (212) 356-3509
Daweiss@law.nyc.gov

*Attorney for Defendants*