

August 16, 2022

Honorable Ramon E. Reyes, Jr., U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

By Electronic Filing

    Re:    <u>Acosta, et al. v. City of New York, et al.</u>, 22-CV-00576 (FB) (RER)

Dear Judge Reyes:

    I am co-counsel for Plaintiffs in this matter. I write to submit the proposed coordination order discussed at the initial pre-trial conference. The proposed order, in full, is attached.

    As discussed at the conference, I sent a draft of the proposed order to Defendants', who have confirmed they have no objections to that order. And, as further discussed, the attached proposed order incorporates the confidentiality order entered on the consolidated protest case docket.

    As ever, we thank the Court for its time and consideration.

    Respectfully submitted,

    /s/
_____
Remy Green
Maryanne K. Kaishian, *Of Counsel*
**COHEN&GREEN P.L.L.C.**
Attorneys for John X. Acosta & India Wanebo
1639 Centre St., Suite 216
Ridgewood, New York 11385

Enclosure.

cc: All relevant parties by electronic filing.