

February 15, 2023

Honorable Ramon E. Reyes, Jr., U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

By Electronic Filing

Re:   Acosta, et al. v. City of New York, et al., 22-CV-00576 (FB) (RER)

Dear Judge Reyes:

I am co-counsel for Plaintiffs in this matter. I write to request an adjournment of the mediation deadline from the current March 15, 2023 deadline up to and including April 3, 2023. Mediation statements are due to Judge Pohorelsky at JAMS on February 17th, mediation is currently scheduled for March 2nd, with the deadline to complete mediation March 15th, and mediation reports due March 16th.

However, today, Plaintiffs received from Defendants several hundred pages of a CCRB file along with lengthy video and audio recordings which we must review to draft the mediation statement. Based on this, Judge Pohorelsky has agreed to adjourn the mediation to April 3rd.

This is the first request for an extension of the mediation deadline.

Plaintiffs thank the Court for its time and attention

Respectfully submitted,

/s/
_____
Jessica Massimi, *Of Counsel*
**COHEN&GREEN P.L.L.C.**
Attorneys for John X. Acosta & India Wanebo
1639 Centre St., Suite 216
Ridgewood, New York 11385

Enclosure.

cc:  All relevant parties by electronic filing.