

June 21, 2023

**SUMMONS RIDER**

1.
Police Captain Hector Barias
SRG 2
1278 Sedgwick Avenue
Bronx, NY 10452

2.
Police Officer Kristopher Erickson
SRG 5
2320 Hylan Blvd.
Staten Island, NY 10306

3.
Police Officer Orvin Feliciano
SRG 2
1278 Sedgwick Avenue
Bronx, NY 10452

4.
Police Officer Frank Green
SRG 5
2320 Hylan Blvd.
Staten Island, NY 10306

5.
Police Officer Jason Lopez
SRG 2
1278 Sedgwick Avenue
Bronx, NY 10452

6.
Police Officer Ivan Lugo
SRG 2
1278 Sedgwick Avenue
Bronx, NY 10452



   7.

Police Officer Sylwia Noacki
SRG 4
137-58 Northern Blvd.
Queens, NY 11354


   8.

Sergeant Joseph Spalding
SRG 2
1278 Sedgwick Avenue
Bronx, NY 10452


   9.

Lieutenant David Vasquez
SRG 2
1278 Sedgwick Avenue
Bronx, NY 10452

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com

2