

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | MICHAEL PESIN-VIROVETS<br>*Senior Counsel*<br>Office: (212) 356-2617<br>Mobile: (646) 596-0583<br>Email: mpvirove@law.nyc.gov |
|---|---|---|

September 29, 2023

**BY ECF**
Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: <u>Acosta, et al. v. City of New York, et al.,</u>
      22-CV-00576 (FB) (RER)

Your Honor:

  I am a Senior Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney representing defendants City of New York, and New York City Police Department Police Officers Ramos, Schmidt, Holguin, O'Connor, Lopez, Feliciano, Green, Barias, Spalding, and Lugo (hereinafter "defendants") in the above-referenced matter. Defendants write to respectfully request a sixty (60) day enlargement of time, from September 30, 2023 until November 29, 2023, to complete discovery. Plaintiff's counsel, Jessica Massimi, Esq., consents to this request.

  By way of background, on July 31, 2023 the parties requested an enlargement of time to complete fact discovery. (*See* ECF No. 37). Thereafter, on August 2, 2023 Your Honor granted the parties' request and extended fact discovery to September 30, 2023. (*See* Docket Entry dated August 2, 2023).

  On September 26, 2023, defendants served *separate* Rule 68 Offers of Judgment ("the Offer") on plaintiffs Acosta and Wanebo. Pursuant to the language of the Offer, plaintiffs' deadline to accept defendants' Rule 68 offer is October 10, 2023. In light of defendants Offers, the proposed enlargement of time would afford plaintiffs the opportunity to fully consider defendants' offers and, in the event that the matter cannot be resolved, enable the parties to finalize deposition

schedules.[1] Moreover, defendants require additional time to produce disciplinary records pertaining to the nine new defendants named in plaintiffs' First Amended Complaint. (*See* ECF No. 23).

Accordingly, and with plaintiffs' consent, defendants respectfully request a sixty (60) day enlargement of time, from September 30, 2023 until November 29, 2023, to complete fact discovery. Defendants thank the Court for its consideration of this request.

Respectfully submitted,

By: _____

Michael Pesin-Virovets
*Senior Counsel*

cc: **By ECF**
Elena Louisa Cohen
Cohen Green PLLC
*Attorney for Plaintiff*

Remy Green
Cohen & Green
*Attorney for Plaintiff*

Jessica S. Massimi
99 Wall Street, Ste. 1264
New York, NY 10005
*Attorney for Plaintiff*

Gideon Orion Oliver
Attorney at Law
277 Broadway
Suite 1501
New York, NY 10007
*Attorney for Plaintiff*

---

[1] Plaintiff's counsel, Jessica Massimi, Esq., is currently away from the office and, therefore, is not in a position to provide deposition dates.