

September 1, 2023

**BY ECF**
Hon. Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

   Re: <u>Acosta, et al., v. City of New York, et al.</u>, 22-cv-0576 (FB)(RER)

Dear Judge Block:

  This firm along with co-counsel represents the Plaintiffs. On September 26th, Defendants served a Rule 68 Offer of Judgment on Plaintiff Acosta (attached as Exhibit 1). On October 5, 2023, Plaintiff Acosta accepted the Rule 68 by notifying defense counsel in writing as specified in the Rule 68. Plaintiff respectfully requests that the Court endorse the attached proposed judgment for Plaintiff Acosta (Exhibit 2).

  We thank the Court for its time and consideration.

               Respectfully submitted,

               /s/
               _____
               Jessica Massimi
                *Pronouns: She/Her*
               **COHEN&GREEN P.L.L.C.**
               *Attorneys for Plaintiff*
               1639 Centre St., Suite 216
               Ridgewood, New York 11385

cc:
All relevant parties by ECF.