UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JOHN X. ACOSTA AND INDIA WANEBO,

                                 Plaintiffs,

  -against-

THE CITY OF NEW YORK, et al.,

                                Defendants.
------------------------------------------------------------------------X

**DECLARATION OF SERVICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**

22-CV-576 (FB)(RER)

JESSICA MASSIMI hereby declares under penalties of perjury:

1.     I am over 18 years of age and not a party to this action.

2.     On October 5, 2023, I accepted the Defendants' Rule 68 Offer of Judgment for Plaintiff Acosta by providing written notice as specified in the Offers of Judgments, via email, to Michael Pesin Esq., Senior Counsel, Special Federal Litigation Division, New York City Law Department, at his Law Department e-mail address.

Dated:  Brooklyn, New York
          October 5, 2023

*Jessica Massimi*
_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN X. ACOSTA AND INDIA WANEBO,

                                 Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

                                 Defendants.
------------------------------------------------------------------X

**DECLARATION OF SERVICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**

22-CV-576 (FB)(RER)

JESSICA MASSIMI hereby declares under penalties of perjury:

1.     I am over 18 years of age and not a party to this action.

2.     On October 5, 2023, I accepted the Defendants' Rule 68 Offer of Judgment for Plaintiff Wanebo by providing written notice as specified in the Offer of Judgment, via email, to Michael Pesin Esq., Senior Counsel, Special Federal Litigation Division, New York City Law Department, at his Law Department e-mail address.

Dated: Brooklyn, New York
         October 5, 2023

*Jessica Massimi*
_____