

October 5, 2023

**BY ECF**
Hon. Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

  Re: <u>Acosta and Wanebo v. City of New York,et al.</u>, 22-cv-0576 (FB)(RER)

Dear Judge Block:

  Plaintiffs have accepted the Defendants' Rule 68s.

  Plaintiffs respectfully request that the Court issue an Order extending Plaintiffs' counsels' time to make an application for attorney's fees from 14 days to 60 days after the Court enters judgment to allow the parties time to resolve the issue of fees without motion practice. Defendants consent to this request.

  We thank the Court for its time and consideration.

                Respectfully submitted,

                /s/
                _____
                Jessica Massimi
                 *Pronouns: She/Her*
                **COHEN&GREEN P.L.L.C.**
                *Attorneys for Plaintiff*
                1639 Centre St., Suite 216
                Ridgewood, New York 11385

cc:
All relevant parties by ECF.