

December 4, 2023

**BY ECF**
Hon. Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

   Re: <u>Acosta, et al., v. City of New York, et al.</u>, 22-cv-0576 (FB)(RER)

Dear Judge Block:

  This firm along with co-counsel represents the Plaintiffs. On October 5, the Court issued an Order directing Plaintiffs' counsel to file any fee application by December 6th. Plaintiffs have provided timesheets to the City and the parties are still in the process of attempting to negotiate fees. As such, we respectfully request a 60-day extension of the December 6th deadline. This is the second request for an extension of the fee application deadline. Defendants consent to this request.

  We thank the Court for its time and consideration.

                Respectfully submitted,

                /s/
                _____
                Jessica Massimi
                 *Pronouns: She/Her*
                **COHEN&GREEN P.L.L.C.**
                *Attorneys for Plaintiff*
                1639 Centre St., Suite 216
                Ridgewood, New York 11385

cc:
All relevant parties by ECF.