

April 2, 2024

Hon. Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By Electronic Filing.

  Re: Acosta, et al. v. City of New York, et al. 22-cv-00576 (FB) (JAM)

Dear Judge Block:

  My firm is co-counsel for Plaintiff in the case above. I am pleased to write and let the Court know that the parties have reached a settlement in principle on attorneys' fees provided for in the Judgment. *See* ECF No. 45 ¶ 1 and ECF No. 46 ¶ 1.

  Given that, Plaintiffs ask the Court to give the parties 30 days to file a final, written settlement on attorneys' fees.

  As always, we thank the Court for its time.

              Respectfully submitted,

              /s/
              _____

              Remy Green
               *Pronouns/Honorific: they, them / Mx.*
              **COHEN&GREEN P.L.L.C.**
              *Attorneys for Plaintiff*
              1639 Centre St., Suite 216
              Ridgewood, New York 11385

cc:
All relevant parties by ECF.